Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Martin Vogel

Henry A. Wirta, Jr., SBN 110097
**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
601 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: hwirta@hfdclaw.com

Attorneys for Defendant Denny's, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>v.<br><br>Denny's, Inc. dba Denny's #1752, et al.,<br><br>    Defendants. | Case No. CV16-07412 CAS (JEMx)<br><br>**Joint Stipulation for Dismissal** |

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Martin Vogel and Defendant Denny's, Inc., hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: February 1, 2017     DISABLED ADVOCACY GROUP, APLC

 */s/   Scottlynn J Hubbard*
Scottlynn J Hubbard
Attorneys for Plaintiff Martin Vogel

Dated: February 1, 2017     HARRINGTON, FOXX, DUBROW & CANTER, LLP

 */s/   Henry A. Wirta, Jr.*
Henry A. Wirta, Jr.
Attorneys for Defendant Denny's, Inc.

### **Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Scottlynn J Hubbard, do attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

 */s/   Scottlynn J Hubbard*
Scottlynn J Hubbard